UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

******************************************************************************************

In re:

Rancher's Legacy Meat Co.,                    BKY No. 19-32928

       Debtor.                              Chapter 11

**************************************************

Rancher's Legacy Meat Co., as Debtor-in-Possession,    ADV. No. 19-03095
and the Official Committee of Unsecured Creditors of
Rancher's Legacy Meat Co.,

       Plaintiffs,
v.

James L. Ratcliff and Great Western Bank,

       Defendants.                         JUDGMENT

******************************************************************************************

       This proceeding came before the Court, and a decision or order for judgment was duly rendered, the Honorable Michael E. Ridgway, Chief United States Bankruptcy Judge, presiding. Accordingly,

       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the lien asserted by defendant James L. Ratcliff is avoided pursuant to 11 U.S.C. § 544(a)(3) and is preserved for the benefit of the bankruptcy estate pursuant to 11 U.S.C. § 551.

Dated:  March 23, 2020                        Lori Vosejpka
At:     Minneapolis, Minnesota.               Clerk of Bankruptcy Court


                                                                     By: /e/ Michael J. Stepan
                                                                     Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 03/23/2020
Lori Vosejpka, Clerk, by MJS