# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                                                 Case No. 19-32928

Rancher's Legacy Meat Co.,

       Debtor.                                                                         Chapter 11

---

Rancher's Legacy Meat Co., as Debtor-in-                                     Adv. No. 19-03095
Possession, and the Official Committee of
Unsecured Creditors of Rancher's Legacy
Meat Co.,

       Plaintiffs,

v.

Great Western Bank,

       Defendant, Counter-Claim-Claimant
       Cross-Claimant, and
       Third-Party Plaintiff,

v.

James L. Ratcliff,

       Defendant and Cross-Defendant,

v.

James N. Ratcliff, Jeffrey K. Fredin,
and Curtis D. Fredin,

       Third Party Defendant.

---

## ORDER REFERRING MATTER FOR MEDIATION

The parties have sought mediation in the above-entitled adversary proceeding.

The Honorable William J. Fisher, United States Bankruptcy Judge for the District of Minnesota, has agreed to serve as the mediator.

NOW, THEREFORE, IT IS ORDERED:

1. The parties will submit to mediation regarding the Motion and will appear and participate at such time or times as ordered by the mediator.

2. The Honorable William J. Fisher, United States Bankruptcy Judge for the District of Minnesota, will serve as the mediator.

Dated:  *August 4, 2020*                   */e/ Michael E. Ridgway*
                                                      Michael E. Ridgway
                                                     Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 08/04/2020
Lori Vosejpka, Clerk, by HJ

2